No. 71–5821.  MALATESTA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5877.  SMART v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5905.  CRUZ v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–871.  PORDUM v. UNITED STATES; and

No. 71–5890.  LUDERA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE WHITE took no part in the consideration or decision of these petitions. Reported below: 451 F. 2d 1015.

No. 71–907.  UNITED STATES v. THOMPSON.  C. A. D. C. Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 71–960.  MULLINS v. OHIO.  Sup. Ct. Ohio.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 71–965.  LOVISI ET VIR v. VIRGINIA.  Sup. Ct. Va. Motion of respondent for leave to dispense with printing brief granted.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5874.  WHITE v. UNITED STATES.  C. A. 5th Cir.  Motion for leave to file supplemental petition granted.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.